UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARA HANNAN, individually and on behalf of all persons similarly situated,** : : : **Plaintiff,** : : **v.** : : **ALLEGHENIES UNITED CEREBRAL PALSY and UPMC,** : : **Defendants.** : | | Civil Action No.: 3:24-cv-00187-RJC |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT AGREEMENT**

Plaintiff Cara Hannan, individually and on behalf of the Settlement Class Members defined below, through her undersigned counsel, respectfully moves this Court for an Order:

1. Granting preliminary approval of the Parties' Class and Collective Action Settlement Agreement and Release ("Agreement" or "Settlement"), a true and correct copy of which is attached as Exhibit 1 to this Motion, as fair, reasonable and adequate pursuant to FED. R. CIV. P. 23(e), and approving the Settlement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* ("FLSA");

2. Conditionally certifying the Settlement Class and Collective as a class action pursuant to FED. R. CIV. P. 23(a) and (b)(3), pending final approval of the Settlement Agreement, the Settlement Class being comprised of:

> All persons who were employed by AUCP as service coordinators, including, but not limited to, any AUCP service coordinators assigned to service UPMC consumers between August 8, 2021 and May 13, 2025 (hereinafter referred to as the "Settlement Class and Collective" or "Class and Collective Members")

1

3. Preliminarily appointing Plaintiff Cara Hannan as the Settlement Class Representative, and preliminarily approving her $2,500 Service Award;

4. Preliminarily appointing Shanon J. Carson, Camille Fundora Rodriguez, and Michael J. Anderson of Berger Montague PC, and Phillip Bohrer and Scott Brady of Bohrer Brady, LLC, as Class Counsel;

5. Preliminarily appointing Simpluris Inc. as the Settlement Administrator to perform all duties and tasks assigned to the Settlement Administrator in the Agreement, and preliminarily approving the costs of notice and settlement administration not to exceed $19,655.00;

6. Approving the form and method of Notice, as set forth in the Settlement and the proposed Preliminary Approval Order;

7. Scheduling the final approval hearing to consider the final approval of the proposed Settlement; and

8. Approving the following schedule and procedures for completing the settlement approval process as set forth in the Parties' Agreement:

| | |
|---|---|
| Defendant AUCP Provides List of Class and Collective Members to Settlement Administrator | Within fourteen (14) calendar days after issuance of the Court's Preliminary Approval Order. |
| Notice Sent | Within fourteen (14) calendar days of receiving the list of Class and Collective Members. |
| Motion for Approval of Attorneys' Fees and Costs | Due two weeks before the Final Approval Hearing. |
| Deadline to postmark objections or requests for exclusion | Sixty (60) days after the Notice of settlement is initially mailed by the Settlement Administrator. |
| Motion for Final Approval | Due two weeks prior to the Final Approval Hearing date. |
| Final Approval/ Fairness Hearing | On or after one hundred (100) days after the Court's Preliminary Approval Order. |

Plaintiff, individually and on behalf of the Class and Collective Members, further seeks approval of the Settlement as a fair and reasonable resolution of a *bona fide* dispute under the FLSA.

This Motion is based on the accompanying Memorandum of Law, along with the accompanying declarations and exhibits thereto, and all other records, pleadings, and papers on file in this action. Plaintiff's proposed Preliminary Approval Order is submitted for the Court's consideration.

Dated: February 16, 2026                                   Respectfully Submitted,

/s/ *Camille Fundora Rodriguez*
Camille Fundora Rodriguez
Michael J. Anderson
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-4635
crodriguez@bergermontague.com
manderson@bergermontague.com

Scott E. Brady
Philip Bohrer
BOHRER BRADY LAW LLC
8712 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Tel.: (225) 925-5297
scott@bohrerbrady.com
phil@bohrerbrady.com

*Counsel for Plaintiff and the Proposed Settlement Class and Collective Members*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was caused to be served upon counsel for Defendants via the Court's ECF system on February 16, 2026.

> */s/ Camille Fundora Rodriguez*
> Camille Fundora Rodriguez